UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| BERNICE HAMMERSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:10CV305 (AJT/IDD) |
| | ) | |
| ACACIA LIFE INSURANCE CO. | ) | |
| | ) | |
| Defendant. | ) | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), it is hereby stipulated that all claims and causes of action asserted by Bernice Hammersley in this matter against Acacia Life Insurance Co., are hereby dismissed with prejudice, each party to bear its own costs.

Dated: August 20, 2010          Respectfully Submitted,

/s/ Amir Raminpour
Fred M. Rejali (VSB No. 38127)
Amir Raminpour (VSB No. 78955)
Jane R. Lee (VSB No. 77922)
8300 Greensboro Dr., Suite 800
McLean, VA 22102
Tel (703) 383-4848
Fax (703) 918-4957

Attorneys for Plaintiff


/s/ David S. Musgrave
David S. Musgrave (VSB No. 35327)
dsmusgrave@ober.com
Michael A. Hass (VSB No. 74974)
mahass@ober.com
Ober, Kaler, Grimes & Shriver

A Professional Corporation
120 East Baltimore Street, Ninth Floor
Baltimore, MD  21202-1643
(410) 347-7391
(443) 263-7591 facsimile

Counsel for Acacia Life Insurance Company

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| BERNICE HAMMERSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:10CV305 (AJT/IDD) |
| | ) | |
| ACACIA LIFE INSURANCE CO. | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause shown, it is hereby

ORDERED that all claims asserted by Bernice Hammersley against Defendant Acacia Life Insurance Co. are DISMISSED WITH PREJUDICE.


August ____, 2010                              _____
                                                Anthony J. Trenga
                                                United States District Judge

3